UNITED STATES of America, Plaintiff–Appellee

v.

Murfery Lee SCHILB, Defendant–Appellant.

No. 09–51134

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Carolyn M. Fuentes, Henry Joseph Bemporad, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

case, Murfery Lee Schilb presents an argument that he concedes is foreclosed by *United States v. Whaley,* 577 F.3d 254, 258–61 (5th Cir.2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act.

The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.